UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-CV-2669 (PJS/BRT) |
| Plaintiff, | **MOTION OF RICARDO DARIO SCHAMMAS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISON COUNSEL** |
| v. | |
| SLEEP NUMBER CORPORATION, SHELLY R. IBACH and DAVID R. CALLEN, | |
| Defendants. | |

Ricardo Dario Schammas  ("Schammas") hereby moves this Court, pursuant to 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (1) appointing Schammas as lead plaintiff under 15 U.S.C. §78u-4(a)(4) on behalf of all persons who purchased or otherwise acquired the securities of Sleep Number Corporation between February 18, 2021 and July 20, 2021, both dates inclusive; and (2) approving Schammas's selection of Pomerantz LLP as lead counsel and Forsgren Fisher McCalmont DeMarea Tysver LLP as liaison counsel (the "Motion").

This motion is based upon all the pleadings, files, records, and proceedings herein, all supporting documents filed herewith, and the arguments of counsel.

1

Dated:  February 14, 2022

Respectfully submitted,

s/ Robert J Gilbertson
Robert J. Gilbertson  (# 22361X)
Matthew D. Forsgren  (# 246694)
FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP
Capella Tower, Suite 1750
225 South Sixth Street
Minneapolis, MN  55402
bgilbertson@forsgrenfisher.com
mforsgren@forsgrenfisher.com
(612) 474-3300

*Counsel for Schammas and Proposed Liaison Counsel for the Class*

Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY  10016
jalieberman@pomlaw.com
ahood@pomlaw.com
(212) 661-1100

*Counsel for Schammas and Proposed Lead Counsel for the Class*

Peretz Bronstein
BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY  10165
peretz@bgandg.com
(212) 697-6484

*Additional Counsel for Schammas*

## CERTIFICATE OF SERVICE

This is to certify that on February 14, 2022, I have caused the above and foregoing to be filed on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*s/ Robert J Gilbertson*
Robert J. Gilbertson
