UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated, | Case No. 21-CV-2669 (PJS/BRT) |
| Plaintiff, | **LR 7.1 CERTIFICATE OF COMPLIANCE REGARDING SCHAMMAS' BRIEF SUPPORTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISON COUNSEL** |
| v. | |
| SLEEP NUMBER CORPORATION, SHELLY R. IBACH and DAVID R. CALLEN, | |
| Defendants. | |

The undersigned certifies that Schammas' brief supporting motion for appointment as lead plaintiff and approval of lead and liaison counsel complies with Local Rule 7.1. They also certify that, in preparation of this brief, Microsoft Word for Office 365 was used and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, which reports that the text of the brief, including headings, footnotes, and quotations, contains 2,527 words.

Dated:  February 14, 2022

Respectfully submitted,

s/ Robert J Gilbertson
Robert J. Gilbertson  (# 22361X)
Matthew D. Forsgren  (# 246694)
FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP
Capella Tower, Suite 1750
225 South Sixth Street
Minneapolis, MN  55402
bgilbertson@forsgrenfisher.com
(612) 474-3300

*Counsel for Schammas and Proposed Liaison Counsel for the Class*

Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY  10016
jalieberman@pomlaw.com
ahood@pomlaw.com
(212) 661-1100

*Counsel for Schammas and Proposed Lead Counsel for the Class*

Peretz Bronstein
BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
60 East 42nd Street, Suite 4600
New York, NY  10165
peretz@bgandg.com
(212) 697-6484

*Additional Counsel for Schammas*

2