UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STEAMFITTERS LOCAL 449 PENSION &
RETIREMENT SECURITY FUNDS,
Individually and on Behalf of All Others
Similarly Situated,

Case No. 21-CV-2669 (PJS/BRT)

Plaintiff,

v.

SLEEP NUMBER CORPORATION,
SHELLY R. IBACH and DAVID R.
CALLEN,

Defendants.

**DECLARATION OF JEREMY A.
LIEBERMAN IN SUPPORT OF
MOTION OF RICARDO DARIO
SCHAMMAS FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF
LEAD AND LIAISON COUNSEL**

---

I, Jeremy A. Lieberman, declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"),
counsel for proposed lead plaintiff Ricardo Dario Schammas ("Schammas") and
proposed lead counsel for the class in the above-captioned action (the "Action").  I
make this declaration in support of Schammas's Motion for Appointment as Lead
Plaintiff and Approval of Lead and Liaison Counsel.  I have personal knowledge of
the matters stated herein and, if called upon, I could and would competently testify
thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Chart reflecting the financial interest of Schammas in this
litigation;

1

Exhibit B:    Notice published over *Business Wire* on December 14,

2021, announcing the pendency of the Action;

Exhibit C:    Certification executed by Schammas;

Exhibit D:    Declaration executed by Schammas; and

Exhibit E:    Firm résumé of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 14, 2022.

*s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

## CERTIFICATE OF SERVICE

This is to certify that on February 14, 2022, I have caused the above and foregoing to be filed on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*s/ Robert J Gilbertson*
Robert J. Gilbertson