# EXHIBIT A

**Sleep Number Corporation (f/k/a Select Comfort Corporation) (SNBR)**
**Class Period: February 18, 2021 to July 20, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Account Number | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $95.4564 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ricardo Dario Schammas | 3/1/2021 | 182 | $140.9300 | ($25,649) | | | | | | | |
| Ricardo Dario Schammas | 4/9/2021 | 200 | $127.0700 | ($25,414) | | | | | | | |
| **Ricardo Dario Schammas** | | **382** | | **($51,063)** | | | | | **382** | **$36,464** | **($14,599)** |

*Avg Closing Prices from July 21, 2021 through October 19, 2021