# EXHIBIT B



Robbins Geller
Rudman & Dowd LLP

# SNBR ALERT: Robbins Geller Rudman & Dowd LLP Files Class Action Lawsuit Against Sleep Number Corporation and Announces Opportunity for Investors with Substantial Losses to Lead Case

December 14, 2021 08:56 PM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--**Robbins Geller Rudman & Dowd LLP** filed a class action lawsuit today seeking to represent purchasers of Sleep Number Corporation (NASDAQ: SNBR) common stock between February 18, 2021 and July 20, 2021, inclusive (the "Class Period") and charging Sleep Number and certain of its top executives with violations of the Securities Exchange Act of 1934. The *Sleep Number* class action lawsuit was commenced on December 14, 2021 in the District of Minnesota and is captioned *Steamfitters Local 449 Pension & Retirement Security Funds v. Sleep Number Corporation*, No. 21-cv-02669.

The plaintiff is represented by Robbins Geller, which has **extensive experience** in prosecuting investor class actions including actions involving financial fraud. You can view a copy of the complaint **by clicking here**.

**If you wish to serve as lead plaintiff of the *Sleep Number* class action lawsuit, please provide your information by clicking here. You can also contact attorney J.C. Sanchez of Robbins Geller by calling 800/449-4900 or via e-mail at jsanchez@rgrdlaw.com. Lead plaintiff motions for the *Sleep Number* class action lawsuit must be filed with the court no later than February 14, 2022.**

**CASE ALLEGATIONS**: Sleep Number is best known for its Sleep Number 360® smart beds which employ Sleep Number's SleepIQ® technology to automatically adjust the mattress's firmness, comfort, and support as one sleeps. In an effort to differentiate Sleep Number from its competitors and to justify Sleep Number's high stock price, Sleep Number repeatedly touted its "vertical integration" strategy as a key competitive advantage that enabled Sleep Number to manage its inventory and meet customer demand on a timely and profitable basis.

The *Sleep Number* class action lawsuit alleges that, throughout the Class Period, defendants made false and misleading statements and failed to disclose that: (i) Sleep Number had suffered a severe disruption in its supply chain for foam as a result of Winter Storm Uri; (ii) Sleep Number did not have in place the supply chain flexibility, redundancies, and fail-safes, as had been represented to investors, sufficient to offset the foam supply disruption caused by Winter Storm Uri; (iii) because foam was a necessary component for Sleep Number's production of its primary mattress products, Sleep Number's ability to timely fulfill customer orders had been materially impaired; (iv) thus, Sleep Number was unable to meet surging customer demand for Sleep Number's products; and (v) that, as a result, Sleep Number had been forced to delay mattress shipments to end consumers, pushing millions of dollars' worth of sales into subsequent quarters and negatively impacting Sleep Number's financial results.

On April 21, 2021, Sleep Number revealed that Sleep Number had missed consensus sales estimates for the first fiscal quarter ended March 31, 2021 as a result of significant supply chain disruptions. Specifically, Sleep Number disclosed that Sleep Number had "more than $50 million of deliveries (two weeks) shifted out of the quarter due to temporary foam supply constraints," representing nearly 9% of Sleep Number's entire sales for the quarter. On this news, the price of Sleep Number stock fell by nearly 12%.

Then, on July 20, 2021, Sleep Number revealed that Sleep Number had missed consensus estimates on the top and bottom line for the second fiscal quarter ended June 30, 2021 and again blamed the disappointing results in significant part on "near-term supply constraints" and component shortages. On this news, the price of Sleep Number stock fell by nearly 13%, further damaging investors.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased Sleep Number common stock during the Class Period to seek appointment as lead plaintiff in the *Sleep Number* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *Sleep Number* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *Sleep Number* class action lawsuit. An investor's ability to share in any potential future recovery of the *Sleep Number* class action lawsuit is not dependent upon serving as lead plaintiff.

**ABOUT ROBBINS GELLER RUDMAN & DOWD LLP**: With 200 lawyers in 9 offices nationwide, Robbins Geller Rudman & Dowd LLP is the largest U.S. law firm representing investors in securities class actions. Robbins Geller attorneys have obtained many of the largest shareholder recoveries in history, including the largest securities class action recovery ever – $7.2 billion – in *In re Enron Corp. Sec. Litig*. The 2020 ISS Securities Class Action Services Top 50 Report ranked Robbins Geller first for recovering $1.6 billion for investors last year, more than double the amount recovered by any other securities plaintiffs' firm. Please visit http://www.rgrdlaw.com for more information.

Attorney advertising.
Past results do not guarantee future outcomes.
Services may be performed by attorneys in any of our offices.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

## Contacts

Robbins Geller Rudman & Dowd LLP
655 W. Broadway, San Diego, CA 92101
J.C. Sanchez, 800-449-4900
jsanchez@rgrdlaw.com

## #Hashtags

#SleepNumbersecuritieslawsuit    #SNBRstock    #SleepNumberfraud

#SleepNumberclassactionlawsuit    #SleepNumberstock    #SleepNumberinformation

#SleepNumberclassaction    #SleepNumbernews    #SleepNumbersecuritiesclassactionlawsuit

#SleepNumbercase    #SleepNumberlawsuit