# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

  vs.

SLEEP NUMBER CORPORATION, et al.,

        Defendants.

Civ. No. 0:21-cv-02669-PJS-BRT

**<u>CLASS ACTION</u>**

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING THE PENSION & RETIREMENT FUNDS' MEMORANDUM OF LAW IN OPPOSITION TO RICARDO DARIO SCHAMMAS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

4886-7919-3360.v1

I certify that the Pension & Retirement Funds' Memorandum of Law in Opposition to Ricardo Dario Schammas' Motion for Appointment as Lead Plaintiff complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, Microsoft® Word Version 2016 was used and that this program was applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,471 words.

DATED:  February 22, 2022          LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                   GREGG M. FISHBEIN (#202009)
                                   KAREN HANSON RIEBEL (#219770)


                                   /s/Gregg M. Fishbein
                                       [ATTORNEY SIGNATURE]

                                   100 Washington Avenue South, Suite 2200
                                   Minneapolis, MN  55401-2159
                                   Telephone:  612/339-6900
                                   612/339-0981 (fax)

                                   ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                   SAMUEL H. RUDMAN
                                   58 South Service Road, Suite 200
                                   Melville, NY  11747
                                   Telephone:  631/367-7100
                                   631/367-1173 (fax)

                                   ROBBINS GELLER RUDMAN
                                      & DOWD LLP
                                   RICHARD GONNELLO
                                   420 Lexington Avenue, Suite 1832
                                   New York, NY  10170
                                   Telephone:  212/432-5100

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
   & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

LABATON SUCHAROW LLP
FRANCIS P. McCONVILLE
DOMENICO MINERVA
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

Attorneys for Plaintiff

4886-7919-3360.v1