UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

v.

SLEEP NUMBER CORPORATION, SHELLY R. IBACH and DAVID R. CALLEN,

                    Defendants.

Case No. 21-CV-2669 (PJS/BRT)

**LR 7.1 CERTIFICATE OF COMPLIANCE REGARDING SCHAMMAS' REPLY IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD AND LIAISON COUNSEL**

---

The undersigned certifies that Schammas' reply in further support of motion for appointment as lead plaintiff and approval of lead and liaison counsel complies with Local Rule 7.1. They also certify that, in preparation of this brief, Microsoft Word for Office 365 was used and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count, which reports that the text of the brief, including headings, footnotes, and quotations, contains 1,217 words.

Dated:  March 1, 2022                    Respectfully submitted,


                                         *s/ Robert J Gilbertson*
                                         Robert J. Gilbertson  (# 22361X)
                                         Matthew D. Forsgren  (# 246694)
                                         FORSGREN FISHER MCCALMONT
                                         DEMAREA TYSVER LLP
                                         Capella Tower, Suite 1750
                                         225 South Sixth Street
                                         Minneapolis, MN  55402
                                         bgilbertson@forsgrenfisher.com
                                         (612) 474-3300

                                         *Counsel for Schammas and Proposed Liaison*
                                         *Counsel for the Class*

                                         Jeremy A. Lieberman
                                         (*pro hac vice*)
                                         J. Alexander Hood II
                                         (*pro hac vice*)
                                         POMERANTZ LLP
                                         600 Third Avenue, 20th Floor
                                         New York, NY  10016
                                         jalieberman@pomlaw.com
                                         ahood@pomlaw.com
                                         (212) 661-1100

                                         *Counsel for Schammas and Proposed Lead*
                                         *Counsel for the Class*

                                         Peretz Bronstein
                                         (*pro hac vice*)
                                         BRONSTEIN, GEWIRTZ &
                                         GROSSMAN, LLC
                                         60 East 42nd Street, Suite 4600
                                         New York, NY  10165
                                         peretz@bgandg.com
                                         (212) 697-6484

                                         *Additional Counsel for Schammas*

2