**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Civ. No. 0:21-cv-02669-PJS-BRT <br><br> <u>CLASS ACTION</u> |
| Plaintiff, | ) ) | **L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |
| vs. | ) ) ) | **REGARDING THE PENSION & RETIREMENT FUNDS' SUR-REPLY IN FURTHER OPPOSITION TO** |
| SLEEP NUMBER CORPORATION, et al., | ) ) | **RICARDO DARIO SCHAMMAS' LEAD PLAINTIFF MOTION** |
| Defendants. | ) | |

I certify that the Pension & Retirement Funds' Sur-Reply in Further Opposition to Ricardo Dario Schammas' Lead Plaintiff Motion complies with Local Rule 7.1(f).

I further certify that, in preparation of this memorandum, Microsoft® Word Version 2016 was used and that this program was applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,021 words.

Respectfully submitted,

Dated: March 4, 2022

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
GREGG M. FISHBEIN (#202009)
KAREN HANSON RIEBEL (#219770)

*/s/Gregg M. Fishbein*
        [ATTORNEY SIGNATURE]

100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401-2159
Telephone:  612/339-6900
612/339-0981 (fax)

ROBBINS GELLER RUDMAN
        & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
        & DOWD LLP
BRIAN E. COCHRAN
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)

- 1 -

- 2 -

LABATON SUCHAROW LLP
FRANCIS P. McCONVILLE
DOMENICO MINERVA
140 Broadway
New York, NY  10005
Telephone:  212/907-0700
212/818-0477 (fax)

*Attorneys for Plaintiff*