# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>    v.<br><br>SLEEP NUMBER CORPORATION, SHELLY R. IBACH, and DAVID R. CALLEN,<br><br>                         Defendants. | Case No. 0:21-cv-02669-PJS-BRT<br><br>CLASS ACTION |

## <u>LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE</u>

I, Stefania D. Venezia, certify that Defendants' Memorandum of Law in Support of Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws (the "Memorandum") complies with the length limitations of Local Rule 7.1(f) and the type-size limitation of Local Rule 7.1(h).

I further certify that, in preparation of the Memorandum, Defendants used Microsoft® Office Word 2016, and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 9,335 words, exclusive of the caption, table of contents, table of authorities, and the signature block.

Dated: September 19, 2022
      New York, New York

Respectfully submitted,

*/s/ Stefania D. Venezia*
John A. Neuwirth (*pro hac vice*)
Joshua S. Amsel (*pro hac vice*)
Stefania D. Venezia (*pro hac vice*)
Dylan L. Ruffi (*pro hac vice* pending)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007
john.neuwirth@weil.com
joshua.amsel@weil.com
stefania.venezia@weil.com
dylan.ruffi@weil.com

**FOX ROTHSCHILD LLP**
Bret A. Puls (#305157)
222 S. Ninth Street, Suite 2000
Minneapolis, Minnesota 55402
Tel:  (612) 607-7000
Fax:  (612) 607-7100
bpuls@foxrothschild.com

*Counsel for Defendants*