**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

STEAMFITTERS LOCAL 449 PENSION
& RETIREMENT SECURITY FUNDS,
Individually and on Behalf of All Others
Similarly Situated,

                       Plaintiff,

      v.

SLEEP NUMBER CORPORATION,
SHELLY R. IBACH, and DAVID R.
CALLEN,

                   Defendants.

Case No. 0:21-cv-02669-PJS-BRT

CLASS ACTION

**DECLARATION OF STEFANIA D. VENEZIA IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**
**FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

I, Stefania D. Venezia, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare as follows:

1.     I am an attorney admitted to practice before this Court *pro hac vice* and counsel of Weil, Gotshal & Manges LLP, co-counsel for Defendants Sleep Number Corporation ("Sleep Number"), Shelly R. Ibach, and David R. Callen (collectively, "Defendants").  I respectfully submit this Declaration in Support of Defendants' Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws.

2.     Attached hereto are true and correct copies of the following exhibits:

| Exhibit | Description |
|---------|-------------|
| A. | Sleep Number's Press Release, filed on Form 8-K with the U.S. Securities and Exchange Commission (the "SEC") on February 17, 2021 |
| B. | Sleep Number's Earnings Call Transcript for the Fourth Quarter of 2020, dated February 17, 2021 |
| C. | Sleep Number's 2020 Annual Report, filed on Form 10-K with the SEC on March 2, 2021 (excerpt) |
| D. | *The Urethane Blog: Flexible Foam Shortages Explained*, Everchem (Mar. 5, 2021), available at <https://everchem.com/flexible-foam-shortages-explained/> (cited in Am. Compl. ¶¶ 34, 37, 46, 126) |
| E. | Sleep Number's Press Release, filed on Form 8-K with the SEC on April 21, 2021 |
| F. | Sleep Number's Earnings Call Transcript for the First Quarter of 2021, dated April 21, 2021 |
| G. | Sleep Number's Press Release, filed on Form 8-K with the SEC on July 20, 2021 |
| H. | Sleep Number's Earnings Call Transcript for the Second Quarter of 2021, dated July 20, 2021 |
| I. | Sleep Number's 2021 Annual Report, filed on Form 10-K with the SEC on March 1, 2022 (excerpt) |

Dated: September 19, 2022          Respectfully submitted,
      New York, New York


                                  */s/ Stefania D. Venezia*
                                    Stefania D. Venezia