# EXHIBIT E

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 8-K**

**CURRENT REPORT**

**PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

Date of Report (Date of earliest event reported): April 21, 2021



# SLEEP NUMBER CORPORATION

(Exact name of registrant as specified in its charter)

**Minnesota**
(State or other jurisdiction of incorporation)

| **000-25121** | **41-1597886** |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

1001 Third Avenue South, Minneapolis, MN 55404
(Address of principal executive offices) (Zip Code)

(763) 551-7000
(Registrant's telephone number, including area code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | SNBR | Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**ITEM 1.01**        **ENTRY INTO A MATERIAL DEFINITIVE AGREEMENT.**

On April 21, 2021, Sleep Number Corporation, a Minnesota corporation ("Sleep Number"), entered into a Fifth Amendment (the "Fifth Amendment") amending and supplementing the Amended and Restated Credit and Security Agreement, dated as of February 14, 2018 (as amended, supplemented or otherwise modified from time to time, including by the Fifth Amendment, the "Credit Agreement"), among U.S. Bank National Association, as Administrative Agent, Swing Line Lender and Issuing Lender, and certain other financial institutions party thereto. Sleep Number also entered into various ancillary agreements related to the Credit Agreement, including certain supplemental security documents.

The Fifth Amendment, among other things, (a) increases the aggregate commitments under the secured revolving credit facility under the Credit Agreement from $450 million to $600 million, (b) increases the swing line loans available under the revolving credit facility from $40 million to $75 million, and (c) increases the accordion from $150 million to $200 million.

The foregoing description of the Fifth Amendment is qualified in its entirety by reference to the complete terms of the Fifth Amendment, which Sleep Number will file as an exhibit to its next Quarterly Report on Form 10-Q.

**ITEM 2.02**        **RESULTS OF OPERATIONS AND FINANCIAL CONDITION.**

On April 21, 2021, Sleep Number issued a press release announcing results for the fiscal first quarter ended April 3, 2021. A copy of the press release is attached as Exhibit 99.1 to this Current Report on Form 8-K. The information in this Form 8-K and Exhibit 99.1 attached hereto shall not be deemed "filed" for purposes of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act, except as otherwise expressly set forth by specific reference in such a filing.

**ITEM 2.03**        **CREATION OF A DIRECT FINANCIAL OBLIGATION OR AN OBLIGATION UNDER AN OFF-BALANCE SHEET ARRANGEMENT OF A REGISTRANT.**

The information under Item 1.01 above is incorporated by reference into this Item 2.03.

**ITEM 8.01**        **OTHER EVENTS.**

The Company also announced a replenishment of the Company's share repurchase authorization to $600 million, effective at the beginning of the fiscal second quarter.

**ITEM 9.01.**        **FINANCIAL STATEMENTS AND EXHIBITS.**

(d) *Exhibits.*

| Exhibit No. | Description of Exhibit |
| --- | --- |
| 99.1 | Press Release dated April 21, 2021 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**SLEEP NUMBER CORPORATION**
(Registrant)

Dated: April 21, 2021

By:        /s/ Samuel R. Hellfeld

Name:      Samuel R. Hellfeld

Title:      Senior Vice President, Chief Legal and Risk Officer

**Exhibit 99.1**



**FOR IMMEDIATE RELEASE**

### SLEEP NUMBER ANNOUNCES RECORD FIRST QUARTER 2021 RESULTS
*RAISES FULL-YEAR EARNINGS OUTLOOK*

*•Increased first-quarter net sales 20% and demand more than 30% year-over-year*
*•More than $50 million of deliveries (two weeks) shifted out of the quarter due to temporary foam supply constraints*
*•Operating income increased 45% to 13.4% of net sales, up 220 bp, with a 31% increase in operating cash flows*
*•Grew first-quarter diluted earnings per share 85% to a record $2.51*
*•Raised full-year 2021 EPS outlook to at least $6.50 versus prior EPS outlook of at least $6.00*

**MINNEAPOLIS** - (April 21, 2021) - Sleep Number Corporation (Nasdaq: SNBR) today reported results for the quarter ended April 3, 2021.

"Guided by our purpose to improve the health and wellbeing of society through higher quality sleep, Sleep Number is broadening our brand relevance and driving significant performance acceleration," said Shelly Ibach, President and CEO. "Our first-quarter demand growth of greater than 30% demonstrates consumers' enthusiastic response to our sleep science-based innovations, digital solutions and authentic mission-driven culture. Sleep Number is improving millions of lives through better quality sleep, while delivering exceptional value for all stakeholders."

**First Quarter Overview**
•**Net sales** increased 20% to $568 million with a 20% comparable store sales gain; more than $50 million of deliveries (two weeks) shifted out of the quarter due to temporary foam supply constraints
•**Gross profit** increased 18% to a record $356 million or 62.6% of net sales
•**Operating income** increased 45% to $76 million, or 13.4% of net sales, up 220 bp versus the prior-year's first quarter
•**Earnings per diluted share** increased 85% to a record $2.51

**Cash Flows and Liquidity Review**
•Generated $112 million in net cash from operating activities in the first quarter, up 31% versus the prior year; invested $12 million in capital expenditures and $167 million in Sleep Number stock
•Leverage ratio of 2.3x EBITDAR at the end of the first quarter, compared with 2.6x a year ago
•Increased return on invested capital (ROIC) to 27.6% for the trailing twelve-month period, up 850 bp versus the prior-year comparable period
•Amended revolving credit facility to expand the aggregate availability from $450 million to $600 million

**Share Repurchase Authorization**
The company also replenished its outstanding share repurchase authorization to $600 million, effective at the beginning of the fiscal second quarter. The company remains committed to its capital deployment priorities focused on performance drivers.

**Financial Outlook**
The company raised its 2021 earnings per diluted share outlook to at least $6.50, which is more than 40% greater than 2020 full-year results excluding the impact of the 53rd week. The outlook assumes an estimated effective income tax rate of 25% for the balance of the year. The company expects to generate approximately $300 million of operating cash flows in 2021 with capital expenditures of approximately $75 million.

**Conference Call Information**
Management will host its regularly scheduled conference call to discuss the company's results at 5 p.m. EDT (4 p.m. CDT; 2 p.m. PDT) today. To access the webcast, please visit the investor relations area of the Sleep Number website at https://ir.sleepnumber.com. The webcast replay will remain available for approximately 60 days.

*Sleep Number Announces First-quarter 2021 Results - Page 2 of 8*

**About Sleep Number Corporation**
Individuality is our foundation at Sleep Number. Our purpose driven company is comprised of over 5,000 passionate team members who are dedicated to our mission of improving lives by individualizing sleep experiences. Our 360® smart beds provide each sleeper with adjustable, personalized comfort for proven quality sleep. We have improved over 13 million lives as we strive to improve society's wellbeing through higher quality sleep.

Sleep science and data are the core of our innovations. Our award-winning 360 smart beds benefit from our proprietary SleepIQ® technology - learning from over 9 billion hours of highly accurate sleep data - to provide effortless comfort and individualized sleep health insights, including your daily SleepIQ® score.

For life-changing sleep, visit SleepNumber.com or one of our more than 600 Sleep Number® stores. More information is available on our newsroom and investor relations sites.

**Forward-looking Statements**
Statements used in this news release relating to future plans, events, financial results or performance are forward-looking statements subject to certain risks and uncertainties including, among others, such factors as current and future general and industry economic trends and consumer confidence; risks inherent in outbreaks of pandemics or contagious disease, including the COVID-19 pandemic and related consequences such as supply shortages, labor disruptions, and recommendations and/or mandates from federal, state and local authorities to close certain businesses or limit occupancy or operating hours; the effectiveness of our marketing messages; the efficiency of our advertising and promotional efforts; our ability to execute our Total Retail distribution strategy; our ability to achieve and maintain acceptable levels of product and service quality, and acceptable product return and warranty claims rates; our ability to continue to improve and expand our product line, and consumer acceptance of our products, product quality, innovation and brand image; industry competition, the emergence of additional competitive products and the adequacy of our intellectual property rights to protect our products and brand from competitive or infringing activities; claims that our products, processes, advertising, or trademarks infringe the intellectual property rights of others or do not comply with laws or regulations; availability of attractive and cost-effective consumer credit options; our lean manufacturing processes with minimal levels of inventory, which may leave us vulnerable to shortages in supply; our dependence on significant suppliers and third parties and our ability to maintain relationships with key suppliers or third parties, including several sole-source suppliers or providers of services; rising commodity costs and other inflationary pressures; risks inherent in global-sourcing activities, including tariffs, outbreaks of pandemics or contagious diseases, such as the COVID-19 pandemic, strikes and the potential for shortages in supply; risks of disruption in the operation of any of our main manufacturing facilities or assembly and distribution facilities; increasing government regulation; pending or unforeseen litigation and the potential for adverse publicity associated with litigation; the adequacy of our and third-party information systems to meet the evolving needs of our business and existing and evolving risks and regulatory standards applicable to data privacy and cybersecurity; the costs and potential disruptions to our business related to enhancing, patching, upgrading our information systems; the vulnerability of our and third-party information systems to attacks by hackers or other cyber threats that could compromise the security or accessibility of our systems, result in a data breach or disrupt our business; and our ability to attract, retain and motivate qualified management, executive and other key team members, including qualified retail sales professionals and managers. Additional information concerning these and other risks and uncertainties is contained in the company's filings with the Securities and Exchange Commission (SEC), including the Annual Report on Form 10-K, and other periodic reports filed with the SEC. The company has no obligation to publicly update or revise any of the forward-looking statements in this news release.

# # #

**Investor Contact**: Dave Schwantes; (763) 551-7498; investorrelations@sleepnumber.com
**Media Contact**: Julie Elepano; (414) 732-9840; julie.elepano@sleepnumber.com

**SLEEP NUMBER CORPORATION**
**AND SUBSIDIARIES**
*Consolidated Statements of Operations*
**(unaudited - in thousands, except per share amounts)**

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| | April 3, 2021 | % of Net Sales | March 28, 2020 | % of Net Sales |
| Net sales | $ 568,256 | 100.0% | $ 472,566 | 100.0% |
| Cost of sales | 212,338 | 37.4% | 170,435 | 36.1% |
| Gross profit | 355,918 | 62.6% | 302,131 | 63.9% |
| Operating expenses: | | | | |
| Sales and marketing | 223,617 | 39.4% | 207,744 | 44.0% |
| General and administrative | 42,592 | 7.5% | 31,072 | 6.6% |
| Research and development | 13,286 | 2.3% | 10,501 | 2.2% |
| Total operating expenses | 279,495 | 49.2% | 249,317 | 52.8% |
| Operating income | 76,423 | 13.4% | 52,814 | 11.2% |
| Interest expense, net | 977 | 0.2% | 2,344 | 0.5% |
| Income before income taxes | 75,446 | 13.3% | 50,470 | 10.7% |
| Income tax expense | 8,812 | 1.6% | 11,330 | 2.4% |
| Net income | $ 66,634 | 11.7% | $ 39,140 | 8.3% |
| | | | | |
| Net income per share - basic | $ 2.63 | | $ 1.40 | |
| | | | | |
| Net income per share - diluted | $ 2.51 | | $ 1.36 | |
| | | | | |
| **Reconciliation of weighted-average shares outstanding:** | | | | |
| Basic weighted-average shares outstanding | 25,377 | | 27,858 | |
| Dilutive effect of stock-based awards | 1,167 | | 914 | |
| Diluted weighted-average shares outstanding | 26,544 | | 28,772 | |

**SLEEP NUMBER CORPORATION**
**AND SUBSIDIARIES**
*Consolidated Balance Sheets*
**(unaudited - in thousands, except per share amounts)**
**subject to reclassification**

| | | April 3, 2021 | | January 2, 2021 |
|---|---|---:|---|---:|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 2,238 | $ | 4,243 |
| Accounts receivable, net of allowances of $1,028 and $1,046, respectively | | 25,923 | | 31,871 |
| Inventories | | 82,308 | | 81,362 |
| Prepaid expenses | | 27,189 | | 20,839 |
| Other current assets | | 33,844 | | 43,489 |
| Total current assets | | 171,502 | | 181,804 |
| Non-current assets: | | | | |
| Property and equipment, net | | 182,113 | | 175,223 |
| Operating lease right-of-use assets | | 329,714 | | 314,226 |
| Goodwill and intangible assets, net | | 72,270 | | 72,871 |
| Other non-current assets | | 66,610 | | 56,012 |
| Total assets | $ | 822,209 | $ | 800,136 |
| **Liabilities and Shareholders' Deficit** | | | | |
| Current liabilities: | | | | |
| Borrowings under revolving credit facility | $ | 314,900 | $ | 244,200 |
| Accounts payable | | 122,098 | | 91,904 |
| Customer prepayments | | 92,569 | | 72,017 |
| Accrued sales returns | | 24,610 | | 24,765 |
| Compensation and benefits | | 42,185 | | 76,786 |
| Taxes and withholding | | 39,098 | | 23,339 |
| Operating lease liabilities | | 64,076 | | 62,077 |
| Other current liabilities | | 57,833 | | 60,856 |
| Total current liabilities | | 757,369 | | 655,944 |
| Non-current liabilities: | | | | |
| Deferred income taxes | | 1,757 | | 242 |
| Operating lease liabilities | | 298,475 | | 283,084 |
| Other non-current liabilities | | 97,258 | | 84,844 |
| Total non-current liabilities | | 397,490 | | 368,170 |
| Total liabilities | | 1,154,859 | | 1,024,114 |
| Shareholders' deficit: | | | | |
| Undesignated preferred stock; 5,000 shares authorized, no shares issued and outstanding | | - | | - |
| Common stock, $0.01 par value; 142,500 shares authorized, 24,464 and 25,390 shares issued and outstanding, respectively | | 245 | | 254 |
| Additional paid-in capital | | - | | - |
| Accumulated deficit | | (332,895) | | (224,232) |
| Total shareholders' deficit | | (332,650) | | (223,978) |
| Total liabilities and shareholders' deficit | $ | 822,209 | $ | 800,136 |

**SLEEP NUMBER CORPORATION**
**AND SUBSIDIARIES**
*Consolidated Statements of Cash Flows*
**(unaudited - in thousands)**
**subject to reclassification**

| | Three Months Ended | |
| --- | --- | --- |
| | **April 3, 2021** | **March 28, 2020** |
| Cash flows from operating activities: | | |
| Net income | $ 66,634 | $ 39,140 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | |
| Depreciation and amortization | 14,638 | 15,371 |
| Stock-based compensation | 6,416 | 2,051 |
| Net loss (gain) on disposals and impairments of assets | 78 | (22) |
| Deferred income taxes | 1,515 | 5,334 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable | 5,948 | 12,808 |
| Inventories | (946) | 5,044 |
| Income taxes | 6,847 | 5,798 |
| Prepaid expenses and other assets | (3,113) | 7,478 |
| Accounts payable | 12,390 | 11,282 |
| Customer prepayments | 20,552 | (8,432) |
| Accrued compensation and benefits | (34,605) | (13,157) |
| Other taxes and withholding | 8,912 | (479) |
| Other accruals and liabilities | 6,332 | 2,725 |
| Net cash provided by operating activities | 111,598 | 84,941 |
| | | |
| Cash flows from investing activities: | | |
| Purchases of property and equipment | (11,546) | (10,351) |
| Proceeds from sales of property and equipment | 12 | 25 |
| Net cash used in investing activities | (11,534) | (10,326) |
| | | |
| Cash flows from financing activities: | | |
| Net increase in short-term borrowings | 74,087 | 201,170 |
| Repurchases of common stock | (178,613) | (41,445) |
| Proceeds from issuance of common stock | 2,460 | 3,283 |
| Debt issuance costs | (3) | (3) |
| Net cash (used in) provided by financing activities | (102,069) | 163,005 |
| | | |
| Net (decrease) increase in cash and cash equivalents | (2,005) | 237,620 |
| Cash and cash equivalents, at beginning of period | 4,243 | 1,593 |
| Cash and cash equivalents, at end of period | $ 2,238 | $ 239,213 |

**SLEEP NUMBER CORPORATION**
**AND SUBSIDIARIES**
*Supplemental Financial Information*
(unaudited)

| | Three Months Ended | |
| --- | --- | --- |
| | April 3, 2021 | March 28, 2020 |
| **Percent of sales:** | | |
| Retail stores | 86.1% | 92.1% |
| Online, phone, chat and other | 13.9% | 7.9% |
| Total Company | 100.0% | 100.0% |
| | | |
| **Sales change rates:** | | |
| Retail comparable-store sales | 12% | 6% |
| Online, phone and chat | 116% | 21% |
| Total Retail comparable sales change | 20% | 7% |
| Net opened/closed stores and other | 0% | 4% |
| Total Company | 20% | 11% |
| | | |
| **Stores open:** | | |
| Beginning of period | 602 | 611 |
| Opened | 11 | 8 |
| Closed | (6) | (8) |
| End of period | 607 | 611 |
| | | |
| **Other metrics:** | | |
| Average sales per store ($ in 000's) [1,4] | $ 3,196 | $ 2,932 |
| Average sales per square foot [1,4] | $ 1,095 | $ 1,040 |
| Stores > $2 million net sales [2,4] | 71% | 71% |
| Stores > $3 million net sales [2,4] | 33% | 32% |
| Average revenue per mattress unit [3] | $ 5,030 | $ 4,884 |

[1] Trailing twelve months Total Retail comparable sales per store open at least one year.

[2] Trailing twelve months for stores open at least one year (excludes online, phone and chat sales).

[3] Represents Total Retail (stores, online, phone and chat) net sales divided by Total Retail mattress units.

[4] Fiscal 2020 included 53 weeks, as compared to 52 weeks in fiscal 2021 and 2019. The additional week in 2020 was in the fiscal fourth quarter. Total Retail comparable sales have been adjusted to remove the estimated impact of the additional week on those metrics.

*Sleep Number Announces First-quarter 2021 Results - Page 7 of 8*

**SLEEP NUMBER CORPORATION AND SUBSIDIARIES**
*Earnings before Interest, Taxes, Depreciation and Amortization (Adjusted EBITDA)*
(in thousands)

We define earnings before interest, taxes, depreciation and amortization (Adjusted EBITDA) as net income plus: income tax expense, interest expense, depreciation and amortization, stock-based compensation and asset impairments. Management believes Adjusted EBITDA is a useful indicator of our financial performance and our ability to generate cash from operating activities. Our definition of Adjusted EBITDA may not be comparable to similarly titled definitions used by other companies. The table below reconciles Adjusted EBITDA, which is a non-GAAP financial measure, to the comparable GAAP financial measure:

| | Three Months Ended | | Fifty-Three Weeks Ended | Fifty-Two Weeks Ended |
|---|---|---|---|---|
| | April 3, 2021 | March 28, 2020 | April 3, 2021 | March 28, 2020 |
| Net income | $ 66,634 | $ 39,140 | $ 166,683 | $ 95,567 |
| Income tax expense | 8,812 | 11,330 | 34,265 | 25,313 |
| Interest expense | 978 | 2,357 | 7,642 | 11,338 |
| Depreciation and amortization | 14,519 | 15,253 | 60,049 | 61,026 |
| Stock-based compensation | 6,417 | 2,051 | 26,179 | 15,070 |
| Asset impairments | 89 | 3 | 388 | 49 |
| Adjusted EBITDA | $ 97,449 | $ 70,134 | $ 295,206 | $ 208,363 |

*Free Cash Flow*
(in thousands)

| | Three Months Ended | | Fifty-Three Weeks Ended | Fifty-Two Weeks Ended |
|---|---|---|---|---|
| | April 3, 2021 | March 28, 2020 | April 3, 2021 | March 28, 2020 |
| Net cash provided by operating activities | $ 111,598 | $ 84,941 | $ 306,318 | $ 205,965 |
| Subtract: Purchases of property and equipment | 11,546 | 10,351 | 38,295 | 49,847 |
| Free cash flow | $ 100,052 | $ 74,590 | $ 268,023 | $ 156,118 |

*Calculation of Net Leverage Ratio under Revolving Credit Facility*
(in thousands)

| | Fifty-Three Weeks Ended | Fifty-Two Weeks Ended |
|---|---|---|
| | April 3, 2021 | March 28, 2020 |
| Borrowings under revolving credit facility | $ 314,900 | $ 446,003 |
| Outstanding letters of credit | 3,997 | 3,997 |
| Finance lease obligations | 622 | 730 |
| Consolidated funded indebtedness | $ 319,519 | $ 450,730 |
| Capitalized operating lease obligations [1] | 555,903 | 535,425 |
| Aggregate unrestricted cash-on-hand and cash equivalents in excess of $40,000,000 | - | (199,213) |
| Total debt including capitalized operating lease obligations (a) | $ 875,422 | $ 786,942 |
| | | |
| Adjusted EBITDA (see above) | $ 295,206 | $ 208,363 |
| Consolidated rent expense | 92,650 | 89,237 |
| Consolidated EBITDAR (b) | $ 387,856 | $ 297,600 |
| | | |
| Net Leverage Ratio under revolving credit facility (a divided by b) | 2.3 to 1.0 | 2.6 to 1.0 |

[1]A multiple of six times annual rent expense is used as an estimate for capitalizing our operating lease obligations in accordance with our credit facility.

Note - Our Adjusted EBITDA and EBITDAR calculations, Free Cash Flow data and Calculation of Net Leverage Ratio under Revolving Credit Facility are considered non-GAAP financial measures and are not in accordance with, or preferable to, "as reported," or GAAP financial data. However, we are providing this information as we believe it facilitates analysis of the Company's financial performance by investors and financial analysts.

GAAP - generally accepted accounting principles in the U.S.

*Sleep Number Announces First-quarter 2021 Results - Page 8 of 8*

**SLEEP NUMBER CORPORATION AND SUBSIDIARIES**
*Calculation of Return on Invested Capital (ROIC)*
**(in thousands)**

ROIC is a financial measure we use to determine how efficiently we deploy our capital. It quantifies the return we earn on our invested capital. Management believes ROIC is also a useful metric for investors and financial analysts. We compute ROIC as outlined below. Our definition and calculation of ROIC may not be comparable to similarly titled definitions and calculations used by other companies. The tables below reconcile net operating profit after taxes (NOPAT) and total invested capital, which are non-GAAP financial measures, to the comparable GAAP financial measures:

| | Fifty-Three Weeks Ended | | Fifty-Two Weeks Ended | |
| --- | --- | --- | --- | --- |
| | April 3, 2021 | | March 28, 2020 | |
| **Net operating profit after taxes (NOPAT)** | | | | |
| Operating income | $ | 208,506 | $ | 132,203 |
| Add: Rent expense [1] | | 92,650 | | 89,237 |
| Add: Interest income | | 84 | | 15 |
| Less: Depreciation on capitalized operating leases [2] | | (24,258) | | (22,883) |
| Less: Income taxes [3] | | (66,118) | | (47,453) |
| NOPAT | $ | 210,864 | $ | 151,119 |
| **Average invested capital** | | | | |
| Total deficit | $ | (332,650) | $ | (155,909) |
| Less: Cash greater than target [4] | | - | | (113,397) |
| Add: Long-term debt [5] | | 315,522 | | 446,733 |
| Add: Capitalized operating lease obligations [6] | | 741,200 | | 713,896 |
| Total invested capital at end of period | $ | 724,072 | $ | 891,323 |
| Average invested capital [7] | $ | 763,227 | $ | 790,420 |
| Return on invested capital (ROIC) [8] | | 27.6% | | 19.1% |

[1] Rent expense is added back to operating income to show the impact of owning versus leasing the related assets.

[2] Depreciation is based on the average of the last five fiscal quarters' ending capitalized operating lease obligations (see note 6) for the respective reporting periods with an assumed thirty-year useful life. This life assumption is based on our long-term participation in given markets though specific retail location lease commitments are generally 5 to 10 years at inception. This is subtracted from operating income to illustrate the impact of owning versus leasing the related assets.

[3] Reflects annual effective income tax rates, before discrete adjustments, of 23.9% and 23.9% for 2021 and 2020, respectively.

[4] Cash greater than target is defined as cash, cash equivalents and marketable debt securities less customer prepayments in excess of $100 million.

[5] Long-term debt includes existing finance lease liabilities.

[6] A multiple of eight times annual rent expense is used as an estimate for capitalizing our operating lease obligations. The methodology utilized aligns with the methodology of a nationally recognized credit rating agency.

[7] Average invested capital represents the average of the last five fiscal quarters' ending invested capital balances.

[8] ROIC equals NOPAT divided by average invested capital.

Note - Our ROIC calculation and data are considered non-GAAP financial measures and are not in accordance with, or preferable to, GAAP financial data. However, we are providing this information as we believe it facilitates analysis of the Company's financial performance by investors and financial analysts.

GAAP - generally accepted accounting principles in the U.S.