# EXHIBIT H



20-Jul-2021

# Sleep Number Corp. (SNBR)

**Q2 2021 Earnings Call**



Total Pages: 17
Copyright © 2001-2021 FactSet CallStreet, LLC

**Sleep Number Corp.** *(SNBR)*
Q2 2021 Earnings Call

Corrected Transcript
20-Jul-2021

# CORPORATE PARTICIPANTS

**Dave Schwantes**
*Vice President-Finance, Investor Relations & Decision Support, Sleep Number Corp.*

**Shelly Radue Ibach**
*President & Chief Executive Officer, Sleep Number Corp.*

**David R. Callen**
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

# OTHER PARTICIPANTS

**Peter Jacob Keith**
*Analyst, Piper Sandler & Co.*

**Andrew Efimoff**
*Analyst, KeyBanc Capital Markets, Inc.*

**Alessandra Jimenez**
*Analyst, Raymond James & Associates, Inc.*

**Atul Maheswari**
*Analyst, UBS Securities LLC*

**Seth Basham**
*Analyst, Wedbush Securities, Inc.*

**Curtis Nagle**
*Analyst, BofA Securities, Inc.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Welcome to Sleep Number's Q2 2021 Earnings Conference Call. All lines have been placed in a listen-only mode until the question-and-answer session. Today's call is being recorded. If anyone has any objections, you may disconnect at this time.

I would now like to introduce David Schwantes, Vice President of Finance and Investor Relations. Thank you. You may begin.

## Dave Schwantes
*Vice President-Finance, Investor Relations & Decision Support, Sleep Number Corp.*

Good afternoon, and welcome to the Sleep Number Corporation second quarter 2021 earnings conference call. Thank you for joining us. I am Dave Schwantes, Vice President of Finance and Investor Relations. With me today are Shelly Ibach, our President and CEO; and David Callen, our Chief Financial Officer.

This telephone conference is being recorded and will be available on our website at sleepnumber.com. Please refer to the details in our news release to access the replay. Please also refer to our news release for a reconciliation of certain non-GAAP financial measures and supplemental financial information included in the news release or that may be discussed on this call.

The primary purpose of this call is to discuss the results of the fiscal period just ended. However, our commentary and responses to your questions may include certain forward-looking statements. These forward-looking statements are subject to a number of risks and uncertainties outlined in our earnings news release and

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

 Corrected Transcript
20-Jul-2021

discussed in some detail in our Annual Report on Form 10-K and other periodic filings with the SEC. The company's actual future results may vary materially.

I will now turn the call over to Shelly for her comments.

## Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

Good afternoon and welcome to our 2021 second quarter earnings call. My SleepIQ score was 84 last night. As a company with purpose, Sleep Number is keenly focused on innovation and long-term investments that improve the health and well-being of society through higher quality sleep. Every night, our life-changing 360 smart beds with SleepIQ technology deliver an effortless, individualized sleep solution that benefits millions of smart sleepers.

As consumers continue to prioritize their health, we are driving exceptional demand for our Sleep Number 360 smart beds, and even as consumers increase their travel and entertainment activities, we are deepening and broadening our brand relevance.

Our unprecedented demand growth, combined with global supply chain disruption limited our Q2 deliveries. Our mission-driven team's relentless focus on our customers' experience has led to the acceleration of key initiatives that scale our capabilities, increase our efficiency, and contribute to superior stakeholder value creation.

As a result of exceeding our internal expectations, we are again raising our full-year 2021 EPS guidance. Our new outlook of at least $7.25 compares with EPS of $4.60 for full year 2020, excluding the 53rd week, and is nearly three times our 2019 EPS of $2.70.

Our first half performance represents another sales and profit record demonstrating the power of our competitive advantages and benefits of our vertically integrated business model. Specifically, consumer demand for our smart beds in the first half of 2021 was up more than 40% versus 2019, reflecting an acceleration in the second quarter. In fact, since transitioning to all smart beds 12 quarters ago, our average quarterly demand growth accelerated to 18%, significantly outperforming the market and further increasing our market share.

Net sales for the first half grew 39% to more than $1 billion and we're up 35% over the first half of 2019. Net operating profit grew to a rate of more than 10% of net sales, up 161% from 2020 first half and 166% from 2019. EBITDA was $148 million, up 88% versus the first half of 2020. And EPS was $3.44 for the first half compared with $0.93 a year ago and $0.95 in 2019. We generated year-to-date cash from operations of $161 million, up 86% and our trailing 12-month return on invested capital was a record 33% as we continue to realize tremendous value from our disciplined capital deployment.

We delivered these exceptional results while absorbing the inflationary impact of a global supply chain that remains challenged by labor and material shortages. Our ability to effectively manage the related challenges is a key benefit of our vertically integrated business model. To better align inventory availability with our accelerated demand, we extended customer delivery windows in late May to four to six weeks. Working closely with partners across our supply and fulfillment chain, we have made significant progress in addressing temporary component shortages.

First available delivery dates are now three weeks, and we expect robust delivery volume for the balance of the year. Our conversion and customer metrics remained strong and steady. We are clearly realizing the benefits of synergies across our purpose, culture, strategy and business model. In our brand relevance and reach, consumer demand and engagement, development of new sleep health innovations, our smart sleep digital ecosystems and

# Sleep Number Corp. *(SNBR)*

Q2 2021 Earnings Call

Corrected Transcript

20-Jul-2021

investments in key strategic initiatives. Together, these synergies are perpetuating sustainable, profitable growth and creating substantial value for stakeholders. It starts with emotional digital storytelling, which is amplified by in-house digital capabilities that tailor our message by media type, audience and platform in real time. This strategy is driving double-digit increases in high-quality digital traffic and engagement, and we are converting this strong consumer interest at record levels across all our touch point.

Trailing 12 months online and phone sales are now 13% of total sales, up from 7% two years ago. While sales per store now averaged over $3.5 million on a trailing 12-month basis, up 27% from two years ago. Our SleepIQ health and wellness feature which link quality sleep to daytime wellbeing increased engagement with our customers. Our 360 smart bed monthly active usage rate is over 90%, up from 84% a year ago.

Here are two examples in – our customers' voice of the sleep health benefits provided by our innovation. [ph] Martha (00:08:33) from Columbus, Ohio shared, as an allergy sufferer, I can share this data with my doctor to show the effects of recent treatments on my sleep. Without having this technology in sleep data, I would not have noticed important trends or been able to get at the root cause of my issues. And [ph] Bill (00:08:54) from Denver Colorado said my favorite SleepIQ feature is the circadian rhythm tracker. It helps me adjust my bedtime in a wake time routine for better sleep and daytime energy. This is also my favorite feature.

This passionate engagement drives brand advocacy bolstered by our loyalty program known as InnerCircle Rewards which is resulting in referral and repeat sales approaching 50% of net sales. This level of loyalty is a clear indicator of the relevance of our brand and sustainability of our growth. It has been exciting to see the ongoing impact of this growth flywheel. We continuously invest in, test and refine incremental initiative to drive performance.

Here are some highlights for the back half of 2021. We are extending digital capabilities across our operations, including our supply chain. The advancements strengthened fulfillment responsiveness, reliability and data analytics. We're already seeing customer experience and efficiency gains. We're on track to benefit from approximately 50 net new Sleep Number stores, which will contribute about 5 points of growth in the back half.

We just introduced a 360 Innovation Limited Edition smart bed with temperature-balancing technology. We're capturing this benefit of additional price increases across our entire line, which took effect last week. And we're advancing our brand campaign and launching a new ad featuring Dallas Cowboys' quarterback, Dak Prescott, during the NFL season opener against Tom Brady and the Tampa Bay Buccaneers. The campaign will be supported by our most robust NFL media package to-date.

On a final note, we are paving the way into the future of sleep health as we extend Sleep Number's leadership in sleep science and research. In the coming months, we'll introduce a sleep health feature to more easily link sleep quality to an individual's overall health. We continue to build our sleep database, which now includes nearly 11 billion hours of sleep data. This longitudinal data strengthens our partnership with the world's leading sleep health researchers, physicians and institutions. The outcome is a long-term data-driven revolution in sleep science and health.

The insights we are garnering are not only improving lives, they also have the potential for meaningful positive impact on health at the population level. Last month, we presented the results of two new studies based on real-world Sleep Number data that shows a potential model for identifying respiratory illness.

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

Research like this demonstrates the value of our data, progresses our understanding of sleep on health and informed the development of innovative new sleep solutions to further increase brand relevance, customer loyalty and stakeholder value.

The highlighted shared demonstrates the power and the cumulative benefits of our strategy and our vertically integrated business model. We are on pace for another year of exceptional performance in 2021 and are extremely well-positioned for superior long-term growth. The driver behind all of this is our team's dedication to our mission of improving lives by individualizing sleep experiences. Their passion for our customers' well-being is unwavering and unparalleled.

Now, David will provide additional financial details on our second quarter performance and outlook for the remainder of 2021.

## David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

Thanks, Shelly. Our teams and suppliers have been working tirelessly to manage four consecutive quarters of accelerating unit demand, including escalated velocity in Q2. They are expanding output and capacity while navigating temporary component and labor constraints, inflation and expedited logistics pressures. Despite this, Q2 performance broke top and bottom line second quarter records.

Our teams have driven three consecutive years of double-digit average demand growth by continually progressing our differentiated innovations, digital marketing, and experiential retail operations. This momentum is carrying forward into the back half of 2021. We now expect to deliver at least $7.25 in 2021 EPS on at least 35% two-year net sales growth.

Demand has temporarily exceeded supply. Component shortages limited output from two third tier suppliers affecting our deliveries in June and July. COVID-driven labor shortages had a tier one supplier, which have now been resolved, delayed their installation of additional production lines and will constrain our delivery upside through Q3. Our teams and suppliers are working rapidly to more than double production output and deliver capacity to support continued market share gains.

Already in 2021, we expanded our home delivery workforce 50% and invested significantly in skill training, our delivery fleet, and digital capabilities. We have also advanced resilient supply partnerships including increased support of second, third and even fourth tier suppliers. We source from geographically distributed plants and multiple suppliers wherever possible. This modular strategy offers flexibility for greater support capacity to get ahead of the extraordinary demand growth we are driving.

In addition to flexible sourcing, our fulfillment approach prioritizes proximity to customers. Sustained double-digit demand growth has led us to accelerate the execution of our outbound logistics network. We have evolved plans to increase flexibility with a total of 8 to 10 assembly distribution centers by next year up from six currently. These will be supported by approximately 25 delivery distribution centers up from 19 currently.

We are opening larger footprint facilities in key markets and investing in higher output assembly equipment, technology, and data analytics. These actions narrow the use of less than truckload carriers to reduce waste, damage and costs while improving customer experience. Longer term, we envision growing this network to as many as 16 ADCs and 30 to 35 DDCs.



# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

**C** Corrected Transcript
20-Jul-2021

---

Now, I'll provide a brief review of our Q2 financial results and expectations for 2021. First, remember that Q2 is normally our seasonally smallest quarter with lower sales and profits. That was not the case this year. Demand growth and operational performance have accelerated each of the last four quarters resulting in record-breaking Q2 results while we absorbed supply and labor constraints, inbound logistics expediting costs, and inflation on labor materials and components.

Q2 net sales of $484 million were up 36% versus 2019 and up 70% versus COVID-affected 2020. First half net sales of more than $1 billion grew 35% over the first half of 2019 including 28% two-year unit growth and 4% ARU growth, and growth from both comps and new stores. We continue to expect full year net sales growth versus 2019 of at least 35%.

Operating profits of nearly $30 million in Q2 and $106 million in the first half are both records. First half operating margin of 10.1% was up 500 basis points versus the first half of 2019. Accelerated demand and digital-based operating efficiencies across the vertical business more than offset $13 million of incremental Q2 input cost pressures. We are activating nearly $100 million in annualized price increases across our products, while continuing to deliver value pack innovative sleep solutions for customers. We continue to prioritize operating profits and EPS growth as we employed the benefits of our vertically-integrated operating structure to overcome significant inflation pressures.

Despite the pressures on 2021 gross margin, our stronger-than-expected growth and operating efficiencies are expected to drive full year operating profit margin expansion versus 2019 of more than 300 basis points. Operational efficiencies in sales and marketing drove 470 basis points of two-year leverage in the first half, while we continue to lean into our near-term growth drivers including 20 basis points of deleverage and demand driving media.

Our innovation, sales and marketing teams operate in lockstep to drive demand leveraging technology for speed and agility. The outcome is illustrated by the $3.5 million ttm sales per comp store reach in Q2, up 27% in two years with 47% of stores exceeding $3 million.

We also leveraged our G&A costs which includes increased investments in IT infrastructure and growth enablers while we continue to invest in innovation driving R&D. In the first half, 60 basis points of two-year G&A leverage nearly offset 70 basis points of two-year R&D growth. R&D spend is up 78% since the first half of 2019 and we continue to expect 2021 R&D investments of $65 million.

Gross margin was 60.5% in Q2 and 61.6% for the first half. This compares favorably to the 61.3% gross margin in the first half of 2019 while absorbing incremental cost headwinds. We now expect more than $50 million of incremental cost pressures in 2021. We have taken pricing actions and our teams are delivering digital and volume-based efficiencies while tenaciously acting on behalf of customers to ensure service levels.

First half 2021 EPS of $3.44 was more than 3.5 times to $0.95 earned in the first half of 2019. These record earnings were achieved while absorbing 120 basis points of two-year income tax headwinds. That pressure was offset through the methodical execution of our efficient capital strategy which lowered our weighted average share count by nearly 17% versus the first half of 2019.

Deploying capital efficiently over the long-term and across all our earnings drivers is delivering superior shareholder value creation including at least $7.25 of EPS in 2021. While we continue to expect to deliver top and bottom line growth each quarter of 2021 versus 2019, Q3 deliveries will be limited by supply availability. We expect supplier capacity gain to catch up with our robust demand to support high volume of deliveries in Q4. For

---

Copyright © 2001-2021 FactSet CallStreet, LLC

modeling purposes, we anticipate about 50% two-year EPS growth in Q3 and exceptional net sales and earnings in the fourth quarter and full year.

Turning to our balance sheet and cash flows, customer prepayments of $119 million reflects accelerated demand growth and larger backlogs. In the first half, we generated record cash from operations of $161 million, investing $32 million in capital projects and $267 million in Sleep Number stock. We continue to expect approximately 650 stores by year-end and greater sales growth contribution from new stores in the back half.

Our Q2 ending debt leverage was 2.2 times EBITDAR compared with our longer term target of 2.5 to 3 times. At the end of Q2, $500 million remained of our authorization for future repurchases of our stock, investing in Sleep Number continues to be attractive for shareholder value creation.

With the above-expected performance and further guidance increase, we expect to generate more than $300 million of cash from operations in 2021. Our liquidity, balance sheet, and team's passion have us well-positioned to deliver superior value creation for the balance of 2021 and beyond.

At this point, operator, please open the line for questions.

# QUESTION AND ANSWER SECTION

**Operator**: [Operator Instructions] Our first question comes from the line of Peter Keith of Piper Sandler.

**Peter Jacob Keith**
*Analyst, Piper Sandler & Co.*

Q

Hi. Good afternoon, everyone. Thanks for taking my questions. I guess I'll just kick it off with some of the commentary you made around pricing and inflation pressure. So, Dave, I believe you said $100 million of pricing which is about 4% to 5%, in my math, and then $50 million of inflation pressure in the back half the year. So is that effectively a wash when we're thinking about a half year basis? Or is that $50 million of inflation pressure incremental to the price increases that you're taking?

**David R. Callen**
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Hi, Peter. Thanks for the question. The $50 million incremental cost pressures that I highlighted started in Q2 and progressed through the balance of the year relative to previous expectations, and the $100 million is an annualized number including the price increases we just took last week.

**Peter Jacob Keith**
*Analyst, Piper Sandler & Co.*

Q

So if I could follow-up on just a couple of pieces. Are the prices going up a little bit more than the input costs or about equal?

**David R. Callen**
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

**C** Corrected Transcript
20-Jul-2021

There's a timing difference, Peter. As we deliver out some of the backlog in Q3, we're going to be absorbing some of that incremental costs before some of the pricing benefit comes through the P&L. So we expect some cost pressure in Q3. That's included in the assumption for 50% two-year EPS growth that I highlighted for Q3. But...

---

**Peter Jacob Keith**
*Analyst, Piper Sandler & Co.*

Q

Okay.

---

**David R. Callen**
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

...then those – I think those pricing increases will then kick in more as – and then get delivered later in Q3 and the balance of the year.

---

**Peter Jacob Keith**
*Analyst, Piper Sandler & Co.*

Q

Okay. That makes sense.

---

**Shelly Radue Ibach**
*President & Chief Executive Officer, Sleep Number Corp.*

A

It's all-in, an annualized basis, the pricing was more than offset.

---

**Peter Jacob Keith**
*Analyst, Piper Sandler & Co.*

Q

Okay. Got you. Very good. And another – just a financial modeling question, but you talked about the 500 basis points of EBIT margin improvement since 2019 or first half year. You've guided now for 300 basis points for the full year, going back to 2019. So that implies a pretty notable drop off in the two-year improvement for the back half. Is it inflation pressures? Or what's causing that sequential step down? It seems a little bigger than I would have expected.

---

**David R. Callen**
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Right. And if you look at the sequential improvement in Q – or in the first half of 2019 versus second half of 2019, Peter, therein lies your answer. There's just a higher hurdle in the back half that we're lapping as we continue to drive operational efficiencies this year and deliver a full year's worth of operating leverage. We're also expecting more sales in the back half than we do in the first half.

---

**Peter Jacob Keith**
*Analyst, Piper Sandler & Co.*

Q

Very good. Okay. Thanks very much.

---

**David R. Callen**
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

You bet.

---

**Operator**: Your next question comes from the line of Bradley Thomas with KeyBanc.

---

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

---

### Andrew Efimoff
*Analyst, KeyBanc Capital Markets, Inc.*

Q

Hi. Good afternoon, Shelly and David. This is Andrew on for Brad. Thanks again for taking our questions. I wanted to start by talking about demand. I know that your average quarterly demand growth over the last 12 months grew about 18%. But I was hoping you could give us a little more color on the quarter specifically and perhaps on a month-by-month basis on how things have played out. And if there are any nuances around Memorial Day or more recently around the July 4th weekend? Thank you.

---

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

A

Sure. Hi, Andrew. Well, for clarification, the 18% average demand growth is over 12 quarters, so 3 years, ever since we transitioned to our 360 smart bed. So we felt it was important to share that number because it's been accelerating for the last four quarters and also it shows the sustainability in our ability to lap strong performance from the prior year. And that's exactly what happened in the second quarter. So we had accelerated demand in the quarter overall, and then we also demonstrated our ability to lap double-digit growth as we got deeper into the second quarter.

And we're, therefore really, really pleased and excited about our opportunity here in the back half with very strong initiatives to be able to drive year-over-year performance. Again, this will be our fourth year of lapping the double-digit demand here in the back half. And we're very, very excited about doing so with the initiatives that I outlined.

---

### Andrew Efimoff
*Analyst, KeyBanc Capital Markets, Inc.*

Q

Got it. Understood. And I wanted to shift back to this near-term supply chain issues that you've been facing. Could you give us a sense for the size of the backlog right now? And given the extended delivery times, have you seen any evidence of higher-than-usual cancellations of orders from customers?

---

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Well, the easy answer to that last part is absolutely not. All of our metrics, we're very metric-driven organization, are very stable and steady. We've been very pleased with the demand creation. And consumers are demonstrating their willingness to wait for life-changing benefits of our 360 smart beds.

As far as the backlog, we're going to defer or avoid talking about specific amounts. We've been providing a lot of color as to the carryover of demand from one quarter to the next. What you need to know is that we are committed to delivering at least $7.25 of EPS this year in 2021, and that's based on the assumption that we'll deliver at least 35%, two-year growth in net sales.

---

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

A

And strong delivery for – we talked about strong deliveries in August and the balance of the year.

---

### Andrew Efimoff
*Analyst, KeyBanc Capital Markets, Inc.*

Q

Understood. That's great to hear. My last question would be on are these supply chain challenges, are they impacting a particular product line more than others? And if so, how is that impacting your profit mix?

---

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

**C** Corrected Transcript
20-Jul-2021

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

No. There were two specific challenges that we had in Q2 with two third-tier suppliers. Those issues have been resolved and they impacted our deliveries in June and July. And then, I provided additional color about how we're thinking about the shape of the year and that our deliveries in Q3 overall will be somewhat limited by the delay of some additional production equipment that went in place to one of our tier 1 supplier.

So we're excited about all of our suppliers and our teams. I have to give them a huge shout-out because they've been working tirelessly to work through what is extraordinary demand growth and having to deal with COVID issues, supply chain challenges, logistics problems. So shout-out. Congratulations. You guys are killing it. And I'm thrilled at the progress that we're making that gives us confidence that supports our upside guidance for the balance of the year.

### Andrew Efimoff
*Analyst, KeyBanc Capital Markets, Inc.*

Q

Understood. Thank you. That's all for me. Thank you, guys.

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

A

Okay. Thank you, Andrew.

**Operator**: Our next question comes from the line of Alessandra Jimenez from Raymond James.

### Alessandra Jimenez
*Analyst, Raymond James & Associates, Inc.*

Q

Good afternoon. It's Alessandra Jimenez on for Bobby Griffin. Thank you for taking our questions. First, I wanted to follow-up on the backlog. Could you give us any color on how much the supply chain impacted the quarter in terms of sales in 2Q?

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Well, as Shelly highlighted, we were at one point at four to six weeks in terms of the first available date for our customer delivery, and now that's down to three weeks as we stand here today. Those kinds of fluctuations are going to be normal as we go through the balance of the year. We're expecting to continue to drive very strong demand growth through the balance of the year, and that's going to continue to inflate our backlogs, and we expect, even with our guidance, to have strong backlogs all the way through the end of the year.

### Alessandra Jimenez
*Analyst, Raymond James & Associates, Inc.*

Q

Okay. That's helpful. And then a follow-up for me is, in the second quarter, e-commerce represented about 12% of sales versus 14% in 1Q. Did the step-down in e-commerce penetration have any impact on profitability?

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Copyright © 2001-2021 FactSet CallStreet, LLC

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

That's the great thing about our touchpoints is it's really – we're happy to support our customers however they want to shop and wherever they want to transact with us. The percentage – the proportion of our business through one touchpoint or another can change and it will fluctuate on a quarterly basis as you go through the year. But we're very pleased. It's substantially higher than what it's historically been. Shelly highlighted in her prepared remarks that it's now 13% year-to-date versus two years ago at 7%.

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

A

Yeah, 13% on a trailing 12-month basis compared to 7% from two years ago. So that gives you a good sustainable number looking at the trailing 12 months. And as I also highlighted, we generated, on average, more than $3.5 million per store. We're so excited about the level of productivity that we're driving in our stores and online, and we look at that in total. That's one of the benefits of exclusive direct-to-consumer distribution, and we are on track with nearly 30 stores are now averaging over $6 million. So, yes, this is very profitable for us as we continue to put this level of revenue or volume through our assets.

### Alessandra Jimenez
*Analyst, Raymond James & Associates, Inc.*

Q

Okay. Perfect. That is very helpful. Thank you and best of luck on the second half.

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

A

Thank you.

**Operator**: Your next question comes from the line of Atul Maheswari with UBS.

### Atul Maheswari
*Analyst, UBS Securities LLC*

Q

Good evening. Thanks a lot for taking my questions. Can you provide a little bit more color on the component shortfalls? Like when did the problem start or what components were impacted? And essentially, what's being done to get the lead times back from four to six weeks to three weeks? And then, on the go forward, are you expecting things to progressively improve further from here or is it going to be more volatile in the near-term?

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Thanks for the question, Atul. We had two specific supplier challenges that happened late in the quarter, and that's why the shortage has impacted our deliveries in June and July. Those have been resolved. And then I highlighted some challenges with some COVID-related labor availability for one of our suppliers that's going to constrain some of our deliveries in Q3.

When you're driving the kinds of accelerated demand growth that we have been driving, it's bound to strain your supply chain and that's what we've been managing through. But as I said earlier, we're excited about the progress that we've been making to radically expand capacities in our delivery fulfillment capabilities. So as I said, we're going to be on track starting in August with very strong deliveries to the balance of the year.

### Atul Maheswari
*Analyst, UBS Securities LLC*

Q

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

**Corrected Transcript**
20-Jul-2021

Okay. And then as my follow-up question, Shelly, you reported some very strong demand numbers in the release and some of your competitors are also reporting very strong growth over in the double-digit range. This is all against the backdrop of 1% or even less population growth. So are you worried that this level of unit expansion for the overall industry and for yourselves might be pulling forward some demand from future period since the trends will drop off in a meaningful way once the environment normalizes? So is that a risk that you worry about? And, B, if that is a risk, when do you think that plays out?

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

A

Well, Atul, I'm going to start with pointing to the demand creation we at Sleep Number have created by moving to all smart beds. So we've delivered an average demand, quarterly demand growth of 18% over the last 12 quarters, three years of that growth. So that was before you saw these industry trends. And, absolutely, the last four quarters, we've accelerated our performance. We sell a very differentiated product that is improving people's lives with proven quality sleep. And this is why we are and have been focused on being the innovation leader and creating a product that truly improves one's sleep and their overall health and wellness. So we see the consumer trends that we anticipated years ago and those trends include a consumer caring more about their health and well-being and understanding how sleep is impacting their health. And also adapting products and services that are digital like ours and, third, gravitating to brands that have a purpose.

And our purpose of improving the health and well-being of society through higher quality sleep is a really important one at this time in making the difference and contributing in a meaningful way to society. So, those trends are sustainable. We see them continuing to work in Sleep Number's favor as we move forward. And then all of the initiatives that I talked about in this digital flywheel that we created, this ecosystem that we've created continuously perpetuate higher levels of engagement of our existing customers and that drives referrals and repeat sales. That's for Sleep Number. We have now nearly 50% of our sales and referral and repeat and that leads to sustainability overall.

### Atul Maheswari
*Analyst, UBS Securities LLC*

Q

Got it. Thank you. And good luck with the rest of the year.

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

A

Thank you, Atul.

**Operator**: The next question comes from the line of Seth Basham with Wedbush.

### Seth Basham
*Analyst, Wedbush Securities, Inc.*

Q

Thanks a lot and good afternoon. My question is around your quarterly production and delivery capacity, assuming no component shortages. What is that number these days?

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

Seth, we're not going to get into providing specific numbers surrounding our production or delivery. What we will say is that we were impacted somewhat here in Q2 in the month of June just by a couple of weeks and we expect to catch that up in the back half primarily in Q4.

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

A

And I think the other ad that we highlighted is the work that we've been doing, a celebration of our initiatives to expand our capacity and output. And we're on track, we're ahead of pace in that regard and feel really well-positioned to be able to support our accelerating demand in the months, and quarters and years to come.

### Seth Basham
*Analyst, Wedbush Securities, Inc.*

Q

Got it.

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Just, I guess, to add. That's a rude question, Seth, though. If you're worried about our ability to keep up with extraordinary demand that we've got, that's not really the challenge. These are temporary constraints that we have overcome and we're doing things – all the right things that you would expect us to be doing. We have multiple suppliers on key components and we've been doubling capacity at both sides so that we have plenty of capacity to support extraordinary demand creation as we go forward.

### Seth Basham
*Analyst, Wedbush Securities, Inc.*

Q

As it relates to that demand creation, for the second half of 2021, are you expecting more or less year-over-year demand growth than 18% trend that you've commented on for the last three years?

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Well, we expect to continue to drive strong performance. There are lot of elements that Shelly highlighted in her prepared remarks, talking about the incremental activities here in the back half. We're just up against now the fourth year of double-digit growth. And so, whether the rate grows at the same pace is what we've been talking about to the first quarter or – Q4, that trend had been up 12%. Then it went to 14% in Q1. You can see the acceleration. When we talk about all the way back to the back half of 2018, it's now up 18%.

That was pretty significant acceleration on a rate basis. But Q2 is one of the smaller dollar quarters. And so, on a percentage basis, it's different. So now, Q3 is going to be one of our largest quarters in terms of dollars. So, of course, on a rate basis, it's going to be less.

### Seth Basham
*Analyst, Wedbush Securities, Inc.*

Q

Got it. And my last question regarding the price increases of $100 million, first of all, have they been fully implemented at this point in time?

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

# Sleep Number Corp. *(SNBR)*

Q2 2021 Earnings Call

**Corrected Transcript**

20-Jul-2021

---

Yeah. You remember that we did some last quarter, about $20 million worth; and then the incremental to get to the $100 million annualized, we put in last week.

---

### Seth Basham
*Analyst, Wedbush Securities, Inc.*

**Q**

Got it. And you expect any elasticity of demand to weigh on your demand growth because of the price increases?

---

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

**A**

We don't. This is one of those unique advantages of our model between our selling process and just constant financing and price increases. We can navigate between all those points. And this is where our innovation and marketing and sales teams work so closely together to be able to optimize performance. So we do expect our price increases to contribute a good 3 points of growth in ARU in the back half.

---

### Seth Basham
*Analyst, Wedbush Securities, Inc.*

**Q**

If that's the case, Shelly, you're not expecting demand destruction from price increases and you've been facing inflation in certain areas of the business for a number of months now, why did you wait so long to take these price increases?

---

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

**A**

Yeah. Seth, with our business model, we're obviously focused on growing operating profit and have been doing so with about 500 basis points of operating profit growth here in the first half over the last two years. And so, we had some pricing here in the first half and this was the right time for us to take it as we head into the back half, $100 per model. And we don't have pricing elasticity in power beyond and we also like to attach that to the value-adds that we introduce to our lines overall for the customer.

---

### Seth Basham
*Analyst, Wedbush Securities, Inc.*

**Q**

Understood. Thank you.

---

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

**A**

Yeah. And I'd just add, let me – hey, Seth, I would just add on to that one. We are focused on EPS growth and operating profit expansion and market share gains. And so, trying to drive, say, pricing just to cover our gross margin rate is not the game that we're trying to execute. We're trying to create superior shareholder value for our shareholders and our stakeholders, and we think the best path to do that is continue to take share and drive operating profits and EPS growth.

---

### Seth Basham
*Analyst, Wedbush Securities, Inc.*

**Q**

Understood.

---

### Shelly Radue Ibach
*President & Chief Executive Officer, Sleep Number Corp.*

**A**

---

# Sleep Number Corp. *(SNBR)*
Q2 2021 Earnings Call

C Corrected Transcript
20-Jul-2021

It's a combination of everything, Seth. We're going after all of it.

...................................................................................................................................................................................................

**Operator**: And your next question is – I do apologize. Your next question comes from line of Curtis Nagle with Bank of America.

...................................................................................................................................................................................................

### Curtis Nagle
*Analyst, BofA Securities, Inc.*

Q

Good evening. Thanks very much. Just wanted to be focused on the 2Q margins. Totally get the supply chain issues dampening sales continuing from 1Q. But, I don't know, margins was a little light around 6%. You had supply chain issues. In 1Q, they were much higher. I realize there's a differential between the two quarters in terms of overall volumes, but you still had sales levels well above historic levels. So, I guess, what are the real puts and takes here? Is it just the added cost and not having all the pricing? And how should we think about S&M for the whole year in terms rate of sales?

...................................................................................................................................................................................................

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Yeah. I think you highlighted it, Curtis. The sales are lighter in Q2, and that's seasonally normal. However, these were exceptionally high. You remember, keep in mind, we usually don't make much money at all in Q2, and we had very strong performance in the quarter. Part of what you're not seeing is we continue to drive demand, and it's somewhat tied up in our backlog at the end of the quarter. As we service that, we've paid for some of that here in Q2, and it gets delivered later in the year. So that's an element of our model.

So looking at it on a quarterly basis, looking at the rate on one quarter, that's a little bit of – that can be very misleading. Looking at the longer period of time, it makes a lot more sense. It's 10.1% operating profit margin in the first half. That's a 500 basis point improvement over two years ago in the first half, and it gets us well on our way toward at least 300 basis points of operating profit expansion versus 2019 for the full year. So we're continuing to carry forward the digitally-led operating efficiencies that we've been carrying ever since the back half of last year.

...................................................................................................................................................................................................

### Curtis Nagle
*Analyst, BofA Securities, Inc.*

Q

Okay. And then on the sales and marketing lines for the year, percent of sales, how should we think about that?

...................................................................................................................................................................................................

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

I'm sorry, Curtis. Could you...

...................................................................................................................................................................................................

### Curtis Nagle
*Analyst, BofA Securities, Inc.*

Q

Yeah. The sales and marketing line for this whole year in terms of percentage of sales, how should we think about that?

...................................................................................................................................................................................................

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Yeah. We're going to use all of our levers. We're going to continue to lean into our growth drivers, our year-end growth drivers. As I highlighted, our media actually delevered while delivering significant leverage in our sales and

## Sleep Number Corp. *(SNBR)*

Q2 2021 Earnings Call

Corrected Transcript

20-Jul-2021

marketing. But for the back half, as we layer in more stores, there's going to be some additional costs that come through in the retail line as we have depreciation and staffing associated with them. But, yes, we're going to – it's going to be delivering higher contribution to entire our sales growth overall by having those stores.

So at the end of the day, the focus really needs to be on a longer term basis at least 300 basis points of operating profit margin while absorbing a ton of incremental headwinds and costs here in 2021. So we're really pleased with the teams and how they're performing and excited that we're on pace to deliver at least $7.25 in EPS this year.

### Curtis Nagle
*Analyst, BofA Securities, Inc.*

Q

Okay. Just a quick follow-up, I may have misheard things. But you said that the price increase it – you just kind of put through – are not going to flow through till 4Q or is that due to the flow orders or is did I just mishear things?

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Yeah. Thanks for clarifying, Curtis. That's not what I meant. I was just saying that as those price increases that we adjusted last week, it takes – it could take two or three weeks or four weeks, five weeks sometimes to get those products delivered. That's when that revenue will be recognized at the higher price.

### Curtis Nagle
*Analyst, BofA Securities, Inc.*

Q

Okay. That makes a lot more sense. All right. I appreciate you answering the questions. Thank you.

### David R. Callen
*Executive Vice President & Chief Financial Officer, Sleep Number Corp.*

A

Okay. You bet.

**Operator**: And there are no more questions at this time. Are there any closing remarks?

### Dave Schwantes
*Vice President-Finance, Investor Relations & Decision Support, Sleep Number Corp.*

Yes. Thank you for joining us today. We look forward to discussing our third quarter 2021 performance with you in October. Sleep well and dream big.

**Operator**: This concludes today's conference call. Thank you for participating. You may now disconnect.



# Sleep Number Corp. *(SNBR)*
## Q2 2021 Earnings Call

 Corrected Transcript
20-Jul-2021

**Disclaimer**

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2021 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.