# EXHIBIT I

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

## FORM 10-K

**(Mark one)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended January 1, 2022**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**
**Commission file number 000-25121**

# SLEEP NUMBER CORPORATION

**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Minnesota** | **41-1597886** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1001 Third Avenue South** | |
| **Minneapolis , Minnesota** | **55404** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: (763) 551-7000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | SNBR | Nasdaq Global Select Market |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined by Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the common stock held by non-affiliates of the registrant as of July 3, 2021, was $1,734,376,000 (based on the last reported sale price of the registrant's common stock on that date as reported by Nasdaq).

As of January 29, 2022, there were 22,685,000 shares of the registrant's Common Stock outstanding.

DOCUMENTS INCORPORATED BY REFERENCE

Portions of the registrant's proxy statement to be furnished to shareholders in connection with its 2022 Annual Meeting of Shareholders are incorporated by reference in Part III, Items 10-14 of this Annual Report on Form 10-K.

# TABLE OF CONTENTS

| PART I | | | 3 |
|---|---|---|---|
| Item 1. | Business | | 3 |
| Item 1A. | Risk Factors | | 16 |
| Item 1B. | Unresolved Staff Comments | | 25 |
| Item 2. | Properties | | 26 |
| Item 3. | Legal Proceedings | | 26 |
| Item 4. | Mine Safety Disclosures | | 26 |
| **PART II** | | | 27 |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | | 27 |
| Item 6. | Selected Financial Data | | 29 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 33 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | | 42 |
| Item 8. | Financial Statements and Supplementary Data | | 43 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | | 68 |
| Item 9A. | Controls and Procedures | | 68 |
| Item 9B. | Other Information | | 68 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | | 69 |
| **PART III** | | | 69 |
| Item 10. | Directors, Executive Officers and Corporate Governance | | 69 |
| Item 11. | Executive Compensation | | 69 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | | 69 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | | 69 |
| Item 14. | Principal Accounting Fees and Services | | 69 |
| **PART IV** | | | 70 |
| Item 15. | Exhibit and Financial Statement Schedules | | 70 |
| Item 16. | Form 10-K Summary | | 75 |
| | Signatures | | 76 |

flexibility to pivot quickly and optimize media investment, messages and audience by platform in real-time. Our promotional strategy focuses on simplicity and relevance, driving consumers to the brand at the time when they are seeking a smart bed. In 2021, media expense represented 14.8% of net sales.

We continue to strengthen our digital interactions with a new "sell-from-anywhere" model which makes it easy for our customers to select the best Sleep Number solution for their needs, however they want to interact with us. And by delivering a superior, personalized customer connection with our highly-knowledgeable sleep professionals, we are building lifelong relationships. Overall, 2021 represented our fourth straight year of double-digit, digital-traffic growth.

We focus on lifelong relationships with our customers, whom we refer to as our Insiders, part of our Smart Sleeper community. The more deeply engaged our Insiders are with the brand, the greater their advocacy. Our Smart Sleeper community, now 2.1 million strong, regularly interacts with our brand through their 360 smart bed and SleepIQ technology. Our award-winning InnerCircle Rewards program amplifies this engagement and drives acquisition of new customers through referral, and greater retention with repeat purchases. That brand loyalty and advocacy has grown significantly in recent years - representing approximately 50% of our business - and we expect that the incremental health and wellbeing features introduced through their 360 smart beds will continue to drive Insider loyalty. Our Smart Sleeper community is our most efficient, and most valuable, source of new customers to the brand.

We continue to invest in our demand drivers for the near- and long-term success of our brand, delivering a simpler and even more engaging experience for our customers. Our newly launched enterprise customer identity platform creates a seamless connection for deeper customer engagement. This enables efficient customer acquisition and increased revenue, and empowers our customers to participate more deeply in the brand. By making it easier for our Smart Sleeper community to share their personal sleep health success stories from our 360 smart beds, we are driving lifetime value, richer customer relationships and lean into our purpose of improving the health and wellbeing of society through higher quality sleep.

**Operations**

Integrated Sourcing and Logistics

Our commitments to innovation and continuous improvement are employed to leverage our vertical business model by optimizing culture, processes and technology. In addition to a network of global suppliers, we currently operate two component manufacturing plants (Irmo, SC and Salt Lake City, UT) and five assembly distribution centers (Irmo, SC; Salt Lake City, UT; Ontario, CA; Baltimore, MD; and Tampa, FL) with three additional assembly distribution centers (Dallas, TX; Cincinnati, OH; and Minneapolis, MN) opening in 2022. Primary operations at the manufacturing sites, which have consistently won awards for safety and manufacturing excellence, include cutting and sewing of the fabric covers for our beds. In our Utah plant, we also assemble our electrical Firmness Control™ systems. Teams at our assembly distribution centers fulfill customer orders that are made-to-order daily and assemble final mattress and order kitting with bases and accessories for shipment. We also operate a national bedding-fulfillment center.

We source the raw materials and components used in our products from third parties. Throughout 2021, we encountered temporary disruptions in our supply of various materials and components due to well-documented shortages and constraints in the global supply chain. We have taken, and continue to take, various measures to mitigate the potential impact of supply disruptions, including strengthening relationships with primary suppliers, identifying new alternate suppliers, redesigning products, exploring alternative components and maintaining safety stocks. While we expect some supply constraints to persist through 2022, we are leveraging the flexibility, visibility and resilience of our vertically-integrated model to respond nimbly as conditions change and communicate clearly with customers regarding their delivery experience.

At the end of 2021, approximately 60% of our smart beds were pre-assembled in our assembly distribution centers prior to delivery versus being assembled in customers' homes by Sleep Number technicians. We expect to complete a multi-year evolution of our supply chain distribution network to pre-assemble 100% of our smart beds by the end of 2022. Additionally in 2022, we will move our bedding fulfillment center from Minnesota to Ohio to be closer to our customers. We are advancing our outbound logistics network by adding full truckload carriers and dedicated cross docks to reduce product handling, hand-offs, damage and costs while in transit to customers' homes. This new network design enables scale and agility to support volume spikes and disruptions, providing a superior and reliable experience for customers with lower costs for the business.

Through strategic partnerships, team member involvement and support for sleep science research, combined with the continued advancement of our proprietary innovations, Sleep Number is fulfilling our purpose to improve the health and wellbeing of society through higher quality sleep.

Our Corporate Responsibility and Sustainability Report, posted within the Investor Relations section of our Company website, provides additional information about our commitment to talent management and human rights at Sleep Number, including strategy details, performance metrics and our engagement. The report highlights our commitments:

•Purpose driven Company committed to improving the health and wellbeing of society through higher quality sleep;

•Enterprise-wide commitment to measure, advance and report on ESG initiatives, informed by and integrated into our business strategy;

•Became signatory to the United Nations Global Compact, pledging intent to incorporate their Ten Principles into our strategy, culture and operations;

•Focused on accountable goal setting as we track performance on waste and energy management; and

•Effectively collaborate with our diverse, independent board to sustain our long-standing, highly-admired strength in corporate governance.

This report may be accessed at www.sleepnumber.com by clicking on the "INVESTORS" link, then click on the "ESG" link and "Sustainability Reports." The information contained on our website or connected to our website is not incorporated by reference into this Form 10-K and should not be considered part of this report.

**Information about our Executive Officers**

**SHELLY R. IBACH, 62**
*President and Chief Executive Officer (Joined the Company in April 2007 and was promoted to President and CEO in June 2012)*
Shelly R. Ibach, Sleep Number® setting 40, serves as the President and Chief Executive Officer (CEO) for Sleep Number (Nasdaq: SNBR). From June 2011 to June 2012, Ms. Ibach served as the Company's Executive Vice President and Chief Operating Officer and from October 2008 to June 2011, she served as Executive Vice President, Sales & Merchandising. Ms. Ibach joined the Company in April 2007 as Senior Vice President of U.S. sales for Company-owned channels. Before joining the Company, Ms. Ibach was Senior Vice President and General Merchandise Manager for Macy's home division. From 1982 to 2005, Ms. Ibach held various leadership and executive positions within Target Corporation.

**DAVID R. CALLEN, 55**
*Executive Vice President and Chief Financial Officer (Joined the Company in 2014 and was promoted to current role in December 2020)*
David R. Callen, Sleep Number® setting 50, serves as the Executive Vice President and Chief Financial Officer for Sleep Number. Prior to joining Sleep Number in April 2014, Mr. Callen served as the Principal Financial Officer for Ethan Allen Interiors, Inc., from 2007 to 2014. Mr. Callen has served for more than 30 years in several high-performing companies in increasingly responsible international financial management positions. His breadth of experience has emphasized global business, capital and financial strategy, all aspects of mergers and acquisitions, global brand support and operational excellence across multiple industries, including automotive, high-tech, dental, outdoor recreational products and public accounting.

**MELISSA BARRA, 50**
*Executive Vice President and Chief Sales and Services Officer (Joined the Company in 2013 and was promoted to current role in December 2020)*
Melissa Barra, Sleep Number® setting 30, serves as the Executive Vice President and Chief Sales and Services Officer. From June 2019 to December 2020, Ms. Barra was Senior Vice President, Chief Sales, Services and Strategy Officer. Ms. Barra was Senior Vice President and Chief Strategy and Customer Relationship Officer from January 2015 to June 2019 and Vice President, Consumer Insights and Strategy from February 2013 to January 2015. Her breadth of experience covers finance, mergers and acquisitions, strategy, sales, services, real estate, PR and communications. Prior to joining Sleep Number in February 2013, Ms. Barra held leadership positions in the U.S. and internationally in process reengineering, finance, strategic alliances and corporate development for Best Buy, Grupo Futuro S.A., Citibank and GE Capital.

**ANDREA L. BLOOMQUIST, 52**
*Executive Vice President and Chief Innovation Officer (Joined the Company in 2008 and was promoted to current role in December 2020)*
Annie L. Bloomquist, Sleep Number® setting 25, serves as Executive Vice President and Chief Innovation Officer. Ms. Bloomquist leads innovation, including sleep science research and development, strategic development of the SleepIQ® technology platform, 360® smart bed strategy, and partnerships to further sleep science, health and wellbeing. Ms. Bloomquist was the Senior Vice President and Chief Product Officer from June 2012 to December 2020 and Chief Merchandising Officer from June 2011 to June 2012. Ms. Bloomquist joined Sleep Number in May 2008 as Vice President and General Merchandise Manager. Prior to Sleep Number, Ms. Bloomquist held leadership positions in product development and merchandising at Macy's and The Department Stores for Target Corporation.

**KEVIN K. BROWN, 53**
*Executive Vice President and Chief Marketing Officer (Joined the Company in 2014 and was promoted to current role in December 2020)*
Kevin K. Brown, Sleep Number® setting 40, serves as Executive Vice President and Chief Marketing Officer and is responsible for building the Sleep Number brand through stories that set the Company apart, communicating Sleep Number's innovation and driving brand advocacy across all customer touchpoints. Before joining Sleep Number in 2014, Mr. Brown served in executive leadership roles at Meijer, Inc., Sears Holdings Corporation, Jo-Ann Stores, Inc. and Accenture.

**SAMUEL R. HELLFELD, 43**
*Senior Vice President and Chief Legal and Risk Officer and Secretary (Joined the Company in 2013 and was promoted to current role in September 2018)*
Samuel R. Hellfeld, Sleep Number® setting 65, serves as the Senior Vice President and Chief Legal and Risk Officer and Secretary and leads legal, internal audit, corporate security and asset protection. From October 2015 to September 2018, Mr. Hellfeld served as Vice President, Associate General Counsel. Mr. Hellfeld joined Sleep Number in March 2013 as Corporate Counsel. Prior to joining Sleep Number, Mr. Hellfeld was a Partner in the law firm of Fox Rothschild LLP (fka Oppenheimer Wolff & Donnelly LLP) practicing in the areas of intellectual property and litigation. Prior to 2010, Mr. Hellfeld was an Associate at several law firms and also served as Law Clerk in the United States Court of Appeals for the Ninth Circuit and the United States District Court, Southern District of California.

**CHRISTOPHER D. KRUSMARK, 42**
*Senior Vice President and Chief Human Resources Officer (Joined the Company in 2005 and was promoted to current role in July 2020)*
Christopher Krusmark, Sleep Number® setting 55, serves as the Senior Vice President and Chief Human Resources Officer, where he leads all human resources, training and learning functions. Prior to being promoted to his new role in July 2020, Mr. Krusmark served as Sleep Number's Vice President of Sales Operations, Field Services and Training where he led retail operations, sales promotions and incentives, home delivery operations, the Company's customer sales center and wholesale business development. From June 2005 to October 2015, Mr. Krusmark held a variety of leadership roles in finance at Sleep Number supporting sales, real estate, marketing and product. Prior to joining Sleep Number, Mr. Krusmark worked on the financial audit staff of EY and Arthur Andersen.

**J. HUNTER SAKLAD, 52**
*Executive Vice President and Chief Supply Chain Officer (Joined the Company in 2004 and was promoted to current role in January 2021)*
Hunter Saklad, Sleep Number® setting 65, serves as the Executive Vice President and Chief Supply Chain Officer at Sleep Number. From December 2012 to December 2020, Mr. Saklad served as Senior Vice President and Chief Information Officer. From June 2011 to December 2012, Mr. Saklad served as the Vice President, Consumer Insight and Strategy at Sleep Number. From March 2006 to June 2011 he was Vice President of Finance and held a variety of positions across Finance serving business partners in marketing, sales, supply chain, FP&A, investor relations and treasury. Mr. Saklad joined Sleep Number in October 2004 as Sr. Director of Finance. Prior to joining Sleep Number, Mr. Saklad held finance leadership roles at Ford Motor Company and Visteon.