**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SLEEP NUMBER CORPORATION, SHELLY R. IBACH, and DAVID R. CALLEN <br><br> Defendants. | Case No. 0:21-cv-02669-PJS-BRT <br><br> **CLASS ACTION** |

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I, Louis C. Ludwig, certify that Plaintiffs' Response In Opposition To Defendants' Motion To Dismiss (the "Response") complies with the length limitations of Local Rule 7.1(f) and the type-size limitation of Local Rule 7.1(h).

I further certify that in preparation of the Response, Plaintiffs used Microsoft® Office Word 2021, and that this word-processing program has been applied to include all text, including headings, footnotes, and quotations in the following word count.

Finally, I certify that the Response contains 11,129 words, exclusive of the caption, table of contents, table of authorities, and signature block.

DATED: October 11, 2022

POMERANTZ LLP

*/s/ Louis C. Ludwig*
LOUIS C. LUDWIG

JOSHUA B. SILVERMAN (admitted *pro hac vice*)
LOUIS C. LUDWIG (admitted *pro hac vice*)
10 South LaSalle St., Ste. 3505
Chicago, IL 60603
Telephone: 312/377-1181
312/229-8881 (fax)
Email: jbsilverman@pomlaw.com
      lcludwig@pomlaw.com

BRONSTEIN, GEWIRTZ,
& GROSSMAN, LLC
PERETZ BRONSTEIN
EITAN KIMELMAN
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone 212/697-6484
Email: peretz@bgandg.com
      eitank@bgandg.com

FORSGREN FISHER MCCALMONT
DEMAREA TYSVER LLP
ROBERT J. GILBERTSON (#22361X)
MATTHEW D. FORSGREN (#246694)
Capella Tower
225 S. 6th St., Suite 1750
Minneapolis, MN 55402
Telephone: 612/474-3300

*Attorneys for Co-Lead Plaintiff Ricardo Dario Schammas*

ROBBINS GELLER RUDMAN
& DOWD LLP
RICHARD W. GONNELLO (admitted *pro hac vice*)
420 Lexington Avenue, Suite 1832
New York, NY 10170
Telephone: 212/432-5100

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
GREGG M. FISHBEIN (#202009)

2

KAREN HANSON RIEBEL (#219770)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2159
Telephone: 612/339-6900
612/339-0981 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

ROBBINS GELLER RUDMAN
& DOWD LLP
BRIAN E. COCHRAN (admitted *pro hac vice*)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

LABATON SUCHAROW LLP
CAROL VILLEGAS
DAVID SALDAMANDO
140 Broadway
New York, NY 10005
Telephone: 212/907-0700
212/818-0477 (fax)

*Attorneys for Co-Lead Plaintiff Steamfitters
Local 449 Pension & Retirement Security
Funds*

3