**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| STEAMFITTERS LOCAL 449 PENSION & RETIREMENT SECURITY FUNDS, Individually and on Behalf of All Others Similarly Situated, | Case No. 0:21-cv-02669-PJS-DTS |
| Plaintiff, | CLASS ACTION |
| v. | |
| SLEEP NUMBER CORPORATION, SHELLY R. IBACH, and DAVID R. CALLEN, | |
| Defendants. | |

**LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE**

I, Stefania D. Venezia, certify that Defendants' Reply Memorandum of Law in Further Support of Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws (the "Reply Memorandum") complies with the length limitations of Local Rule 7.1(f) and the type-size limitation of Local Rule 7.1(h).

I further certify that, in preparation of the Reply Memorandum, Defendants used Microsoft® Word 2016, and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Reply Memorandum contains 2,664 words, exclusive of the caption, table of contents, table of authorities, and the signature block.  With Defendants' opening memorandum of law, Defendants' supporting memoranda cumulatively contain 11,999 words.

Dated: October 25, 2022
       New York, New York

Respectfully submitted,

/s/ Stefania D. Venezia
John A. Neuwirth (*pro hac vice*)
Joshua S. Amsel (*pro hac vice*)
Stefania D. Venezia (*pro hac vice*)
Dylan L. Ruffi (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007
john.neuwirth@weil.com
joshua.amsel@weil.com
stefania.venezia@weil.com
dylan.ruffi@weil.com

**FOX ROTHSCHILD LLP**
Bret A. Puls (#305157)
222 S. Ninth Street, Suite 2000
Minneapolis, Minnesota 55402
Tel:  (612) 607-7000
Fax:  (612) 607-7100
bpuls@foxrothschild.com

*Counsel for Defendants*

2