# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Steamfitters Local 449 Pension & Retirement Security Funds, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-2669 PJS/DTS |
| Sleep Number Corporation, Shelly R. Ibach, David R. Callen, | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    1.    Defendants' motion to dismiss [ECF No. 59] is GRANTED.

    2.    Plaintiffs' amended complaint [ECF No. 56] is DISMISSED WITH PREJUDICE AND ON THE MERITS.

Date:  7/10/2023                                                                                KATE M. FOGARTY, CLERK